UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANET CANTY and
LARRY CANTY,
    Plaintiffs,                                         Case No: 2:10-CV-11579
-vs-                                                    Hon. Patrick J. Duggan
                                                         Mag. Judge R. Steven Whalen

MERCANTILE ADJUSTMENT
BUREAU, LLC,
    Defendant.

## **STIPULATED ORDER OF DISMISSAL**

Upon stipulation of the parties:

**IT IS ORDERED** that Plaintiffs' complaint against Defendant is dismissed, with prejudice, and without costs.

                      s/Patrick J. Duggan
                      Patrick J. Duggan
                      United States District Judge

Dated: August 12, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 12, 2010, by electronic and/or ordinary mail.

                      s/Marilyn Orem
                      Case Manager

Stipulated and agreed this 7th day of July, 2010:

| | |
|---|---|
| X /s/ Timothy J. Sostrin | X /s/ Jordan S. Bolton |
| Timothy J. Sostrin | Jordan S. Bolton (P66309) |
| LEGAL HELPERS, PC | CLARK HILL PLC |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| 233 S. Wacker, Suite 5150 | 500 Woodward Ave., Suite 3500 |
| Chicago, IL 60606 | Detroit, MI 48226 |